01-15-00576-CR
01-15-00577-CR

CRIMINAL  NO. 209426
209428

THE STATE OF TEXAS             §    IN THE COUNTY COURT AT LAW #1

Plaintiff   §

VS.                            §    AND PROBATE COURT OF

BELANDA FAYE PRUITT            §

Defendant   §    BRAZORIA COUNTY, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/1/2015 12:05:18 PM
CHRISTOPHER A. PRINE
Clerk

## CLERK'S NOTIFICATION OF APPEAL

Defendant's Name:  BELANDA FAYE PRUITT

Cause No.:  209426 and 209428

Style of Cause:  The State of Texas vs. BELANDA FAYE PRUITT

Court:  COUNTY COURT AT LAW #1

Judge:  Jerri Lee Mills

Appellant:  BELANDA FAYE PRUITT

Appellant's Attorney:  AZUWUIKE OKORAFOR

Appellant's Attorney's Address:  9250 UNITY 570752 HOUSTON TX  77257

Appellee:  The State of Texas

Appellee's Attorney:  JERRI YENNE

Appellee's Attorney's Address:  111 EAST LOCUST, SUITE 408, ANGLETON, TX  77515

Offense:  POSS CS PG 3 < 28G, MA and THEFT PROP >=$50<$500, MB

Date of Judgment:  06/08/2015

Amount of Appeal Bond:  NONE

Punishment: 209426- 180 Days jail credit 1 day, $359 court costs- DL suspended 180 days

209428- 180 Days jail credit 1 day, $319 court costs

In Jail—Yes or No?  Yes

Date Motion for New Trial filed:  NONE

Date of Notice of Appeal:  06/05/2015

Court Reporter:  Sherri Stadter

Assigned:   First Court of Appeals Court of Appeals

Mailed to Court of Appeals:  7/1/2015